DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER FALZONE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0662

[February 26, 2025]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 18-009848CF10A.

Melanie Anitra Malavé, Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Franqui v. State*, 59 So. 3d 82, 96 (Fla. 2011) (recognizing that "mere conclusory allegations" are insufficient to state a claim under rule 3.850); *Hammond v. State*, 34 So. 3d 58, 60-61 (Fla. 4th DCA 2010) (holding that claims lacking specific facts establishing a reasonable probability of prejudice should be summarily denied).

MAY, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***